1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW VAUGHN,

11              Plaintiff,                    No. CIV S-04-2528 LKK KJM PS

12        vs.

13   WAL-MART STORES, INC.,

14              Defendant.                    <u>ORDER</u>

15   _____/

16        A status conference was held in this matter on April 27, 2005 before the

17   undersigned.  Plaintiff appeared in propria persona.  Steven Browne appeared for defendant.

18   Upon consideration of the status report on file in this action, discussion of plaintiff and counsel

19   and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

20              1.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be

21   made no later than May 6, 2005.

22              2.  Simultaneous disclosures of experts shall be made no later than August 1,

23   2005.

24              3.  Rebuttal expert disclosure shall be made by September 1, 2005.

25              4.  Discovery, including the hearing of discovery motions, shall be completed by

26   October 5, 2005.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-

1

1   251.

2          5.   Dispositive motions, other than discovery motions, shall be noticed to be

3   heard by October 27, 2005.

4          6.   The pretrial conference is set for January 17, 2006[1] at 2:30 p.m. before the

5   Honorable Lawrence K. Karlton.  Pretrial statements shall be filed in accordance with Local Rule

6   16-281.

7          7.   Trial of this matter is set for April 11, 2006 at 10:30 a.m. before the Honorable

8   Lawrence K. Karlton.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

9   DATED:   April 29, 2005.

10

11   _____

12   UNITED STATES MAGISTRATE JUDGE

13

14

15   006
     vaughn.oas

16

17

18

19

20

21

22

23

24

25   _____

26          [1]  The pretrial date has been modified from the date proposed from the bench, in light of a
     court holiday on the date originally proposed.

2