1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MATTHEW VAUGHN,
                              NO. CIV. S-04-2528 LKK/KJM PS
12          Plaintiff,

13      v.                          **ORDER RE DISPOSAL
                                    DOCUMENTS AFTER**
14  WAL-MART STORES, INC.,          **NOTIFICATION OF SETTLEMENT**

15          Defendant.
    _____/

16

17      Counsel for defendant has informed the court that the parties

18  have settled the above-captioned case.  The court now orders that

19  the dispositional documents disposing of the case be filed no later

20  than thirty (30) days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22  **VACATED.**

23  ////

24  ////

25  ////

26  ////

                              1

1     FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4     IT IS SO ORDERED.

5     DATED:  May 18, 2005.

6

7                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
8                              UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26