1  Raymond E. Hane III (SBN 149960)
   Steven A. Browne (SBN 214444)
2  WALLER LANSDEN DORTCH & DAVIS, LLP
   520 S. Grand Avenue, Suite 800
3  Los Angeles, California 90071
   Telephone:  (213) 362-3680
4  Facsimile:  (213) 362-3679
   ray.hane@wallerlaw.com
5
   Attorneys for Defendant Wal-Mart Stores, Inc.
6

7

8

9                   UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 | MATTHEW VAUGHN,              ) Case No. CIV-04-2528 LKK KJM-PS
                                  )
13 |         Plaintiff,            ) [PROPOSED] ORDER OF DISMISSAL
                                  )
14 |    vs.                        ) Complaint Filed:  October 22, 2004
                                  )
15 | WAL-MART STORES, INC. and    )
   | NATIONAL MEDICAL REVIEW      )
16 | OFFICES,                     )
                                  )
17 |         Defendants.          )
                                  )
18 |_____)

19     The Parties having filed a Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1),

20  IT IS HEREBY ORDERED THAT this action is DISMISSED, with prejudice, each side to

21  bear his or its own costs and attorneys' fees.

22

23  Dated: 6/13/05                        _____
                                          Honorable Lawrence K. Karlton
24                                        United States District Judge

25

26

27

28

Waller Lansden
Dortch & Davis, LLP                       -1-
7018925.1                       [PROPOSED] ORDER OF DISMISSAL

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 520 S. Grand Avenue, Suite 800, Los Angeles, California 90071.

On June 8, 2005, I served on the interested parties in said action the within:

[PROPOSED] ORDER OF DISMISSAL

by placing true copies thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Matthew Vaughn
P.O. Box 1352
Placerville, CA 95667

In Pro Per

James W. Poindexter
Poindexter & Doutre, Inc.
251 Post Street, Suite 605
San Francisco, CA 94108
Tel: 415/398-5811
Fax: 415/398-5808

Attorney for Defendant,
National Medical Review Offices

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 8, 2005, at Los Angeles, California.

Rosie A. Ortiz
(Type or print name)

_____
(Signature)